AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　 )<br>v. )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>$4,380.00 IN U.S. CURRENCY, )<br>　　　　　　Defendant. ) | **JUDGMENT**<br>**CASE NO. 5:11-CV-43-D** |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED AND DECREED THAT :**

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

3. The defendant is forfeited to the United States of America; and

4. The United States Marshal Service is hereby directed to dispose of the defendant according to law.

**This Judgment Filed and Entered on June 16, 2011, and Copies to:**

Stephen A. West (Via CM/ECF Notice of Electronic Filing)


June 16, 2011　　　　　　　　　　　　　　　DENNIS IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　*Eastern District of North Carolina*

　　　　　　　　　　　　　　　　　　　　　/s/ Susan K. Edwards
*Wilmington, North Carolina*　　　　　　　*(By) Deputy Clerk*